**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Robert T. Dinnella, | : | |
| Debtor. | : | Bankruptcy No. 18-18311-MDC |

# O R D E R

**AND NOW**, upon consideration of the Application for Compensation and Reimbursement of Expenses (the "Application")[1] filed by Brad J. Sadek, Esquire (the "Applicant"), counsel to the Debtor, by which the Applicant requests the allowance of compensation in the amount of $4,000.00 and the reimbursement of expenses in the amount $0.00.

**AND**, the Application states that the Applicant was paid $2,000.00 by the Debtor prior to the filing of the petition (the "Pre-Paid Amount").

**AND**, attached to the Application is a Disclosure of Compensation Pursuant to F.R.B.P. 2016(b) (the "2016(b) Statement") disclosing that the Applicant agreed to accept $2,000.00 for its services to the Debtor, with $2,000.00 having been paid prior to the filing of the petition.

**AND**, upon the Applicant's certification that proper service has been made on all interested parties.

**AND**, upon the Applicant's certification of no response.

**AND**, the Court of Appeals having held that the bankruptcy court "has a duty to review fee applications, notwithstanding the absence of objections by the United States Trustee . . ., creditors, or any other interested party, a duty which . . . derives from the court's inherent

---

[1] Bankr. Docket No. 16.

obligation to monitor the debtor's estate and to serve the public interest." *In re Busy Beaver Bldg. Centers, Inc.*, 19 F.3d 833, 841 (3d Cir. 1994).

**AND**, the Applicant's request for compensation in the Application significantly exceeds the amount of $2,000.00 disclosed by the Applicant's 2016(b) Statement.

**AND**, the Application fails to address the inconsistency between the Application and the 2016(b) Statement.

It is hereby **ORDERED** that:

1. A hearing shall be held on **January 9, 2020, at 11:00 a.m., in Bankruptcy Courtroom No. 2, U.S. Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania** (the "Show Cause Hearing"), to consider whether, pursuant to 11 U.S.C. §330(a)(2), this Court should award compensation that is less than the amount of compensation that is requested.

2. At the hearing, the Applicant shall have the written retainer agreement with the Debtor available for review by the Court and parties in interest and shall be prepared to address the Court's concerns as set forth above.

3. The Applicant may appear telephonically, see L.B.R. 9076-1, if arrangements are made to provide the court with a copy of the written retainer agreement in advance of the hearing.

Dated: December 13, 2019

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912